## LETCHER v. STATE.

No. 23841.

Court of Criminal Appeals of Texas.

Dec. 10, 1947.

Rehearing Denied Jan. 21, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is robbery by assault. The punishment assessed is confinement in the state penitentiary for a term of five years.

The record is before us without any bills of exception or statement of facts. The indictment appears to be in due form. Consequently, there is nothing presented for review.